THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Dominic Buonsante,  : BK. NO. 17-00739 JJT
                           :
_____:
                           : CHAPTER 7
M&T Bank,                  :
    Movant         :
  v.                      :
                           :
Dominic Buonsante,         :
    Debtor         :
  and                     :
                           :
Robert P. Sheils, Jr., Esquire, :
    Trustee        :
_____

**PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION
TO MOTION OF M&T BANK
FOR RELIEF FROM AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to M & T Bank's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: May 1, 2017        /s/ Jill M. Spott
                          Jill M. Spott, Esquire
                          Attorney for Trustee
                          Sheils Law Associates, P.C.
                          108 North Abington Road
                          Clarks Summit, PA 18411
                          (570) 587-2600
                          jspottesq@sheilslaw.com