**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**
_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DOMINIC BUONSANTE | : | Chapter 7 |
| | : | Case No.: 5:17-bk-00739 |
| Debtor | : | |

_____

| | |
|---|---|
| M&T BANK | : |
| Movant | : |
| v. | : |
| | : |
| DOMINIC BUONSANTE | : |
| | : |
| Debtor | : |
| and | : |
| | : |
| ROBERT P. SHEILS, Jr., ESQUIRE, | : |
| | : |
| Trustee | : |

_____

### WITHDRAWAL WITHOUT PREJUDICE OF DEBTOR'S ANSWER
### TO MOTION OF M&T
### BANK FOR RELIEF FROM THE AUTOMATIC STAY
_____

The Debtor, DOMINIC BUONSANTE, by and through his counsel, David J. Harris, Esquire, hereby withdraws the Debtor's Answer to the Motion of M&T Bank for Relief from the Automatic Stay without prejudice to any defense that may exist with respect to the claim of M&T Bank.

RESPECTFULLY SUBMITTED:

Dated:  May 2, 2017                             By:    /s/ David J. Harris_____
            Wilkes-Barre, Pennsylvania                  DAVID J. HARRIS, ESQUIRE