Certificate Number: 17572-PAM-DE-029451519

Bankruptcy Case Number: 17-00739


17572-PAM-DE-029451519

# C<u>ERTIFICATE</u> O<u>F</u> D<u>EBTOR</u> E<u>DUCATION</u>

I CERTIFY that on <u>June 20, 2017</u>, at <u>10:46</u> o'clock <u>AM PDT</u>, <u>Dominic Buonsante</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 20, 2017</u>       By:    <u>/s/Leigh-Anna M Thompson</u>

                                Name:  <u>Leigh-Anna M Thompson</u>

                                Title: <u>Counselor</u>