In re:                                                              Case No. 17-00739-JJT
Dominic Buonsante                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 2          Date Rcvd: Sep 13, 2017
                             Form ID: 318            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
```
db              Dominic Buonsante,   PO Box 1401,   Kingston, PA  18704-0401
4888962         Ann Buonsante,   95 Mara Ln,   Plains, PA  18702-7339
4888958         Buonsante Dominic,   95 Mara Ln,   Plains, PA  18702-7339
4888964         Caitlin Dukas,   10 Oval Dr,   Dallas, PA  18612-9038
4888965         Comcast,   Equipment Return,   1128 Commerce Blvd,   Dickson City, PA  18519-1688
4888970         HMS LLC,   1426 Wyoming Ave,   Forty Fort, PA  18704-4218
4888969         Hall Mihalos Straub,   1426 Wyoming Ave,   Forty Fort, PA  18704-4218
4888971         Jeannette Backus Enterprises, Inc.,   934 S Baird St,   Green Bay, WI  54301-3318
4888959         Law Office of David J Harris,   67-69 Public Sq Ste 700,   Wilkes Barre, PA  18701-2515
4888972        +Luzerne Bank,   118 Main Street,   Luzerne, PA  18709-1254
4895269        +Luzerne Bank c/o James T. Shoemaker, Esq.,   600 Third Avenue,   Kingston, PA  18704-5815
4888975         M&T Bank,   Cardmember Services,   PO Box 6353,   Fargo, ND  58125-6353
4888976         New York Life,   PO Box 6916,   Cleveland, OH  44101-1916
4888977         Northstar Location Services,   4285 Genesee St,   Cheektowaga, NY  14225-1943
4888978        +Orlando Foods Inc,   701 N South Rd,   Scranton, PA  18504-1421
4888979         Sennett Enterprises, Inc.,   1325 N River St Ste 201,   Plains, PA  18702-1836
4888980         WVSA,   PO Box 33A,   Wilkes-Barre, PA  18703-0000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4888960         EDI: AMEREXPR.COM Sep 13 2017 19:03:00      American Express,   PO Box 981535,
                El Paso, TX  79998-1535
4888961         EDI: AMEREXPR.COM Sep 13 2017 19:03:00      American Express,   P. O. Box 1270,
                Newark, NJ  07101-1270
4888963        +EDI: TSYS2.COM Sep 13 2017 19:03:00        Barclay's Bank,   P. O. Box 8801 Card Services,
                Wilmington, DE 19899-8801
4888966         EDI: DIRECTV.COM Sep 13 2017 19:04:00       DirectV,   P. O. Box 11732,   Newark, NJ  07101-4732
4888967         EDI: DISCOVER.COM Sep 13 2017 19:03:00      Discover Card,   P. O. Box 71084,
                Charlotte, NC  28272-1084
4888973         E-mail/Text: camanagement@mtb.com Sep 13 2017 19:01:23      M&T Bank,   P. O. Box 767,
                Buffalo, NJ  14240-0000
4888974         E-mail/Text: camanagement@mtb.com Sep 13 2017 19:01:23      M&T Bank,   PO Box 840,
                Buffalo, NY  14240-0840
4892623        +EDI: PRA.COM Sep 13 2017 19:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
4888968         EDI: USBANKARS.COM Sep 13 2017 19:03:00      Elan Financial Services,   P. O. Box 108,
                St. Louis, MO 63166-9801
                                                                              TOTAL: 9
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Luzerne Bank c/o James T. Shoemaker, Esq.,   600 Third Avenue,   Kingston, PA 18704-5815
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              David J. Harris   on behalf of Debtor Dominic  Buonsante dh@lawofficeofdavidharris.com,
              davidharrisesqign@gmail.com
              James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              James T. Shoemaker   on behalf of Creditor   Luzerne Bank c/o James T. Shoemaker, Esq.
              jshoemaker@hkgpc.com
              Jill M. Spott   on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
              psheldon@sheilslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
                rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov

                                                                          TOTAL: 6

| Debtor 1 | **Dominic Buonsante** | | Social Security number or ITIN | **xxx–xx–5537** |
| | First Name   Middle Name   Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:17–bk–00739–JJT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dominic Buonsante

**By the court:**

September 13, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**